AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America )
Plaintiff )
v. ) Case No. 20-CR-165 (JEB)
Kevin Clinesmith )
Defendant )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kevin Clinesmith

Date: 08/19/2020

*Attorney's signature*

Emily K. Damrau (144830)
*Printed name and bar number*
MoloLamken LLP
600 New Hampshire Ave., N.W.
Washington, D.C. 20037

*Address*

edamrau@mololamken.com
*E-mail address*

(202) 556-2013
*Telephone number*

(202) 536-2013
*FAX number*