Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | Criminal Case No.: 20CR165-EJB |
| KEVIN CLINESMITH | ) | |

## WAIVER OF INDICTMENT

I, _____KEVIN CLINESMITH_____, the above-named defendant, who is accused of

18:1001(a)(3); STATEMENTS OR ENTRIES GENERALLY; False Statements

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____August 19, 2020_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____     Date: _____8/19/2020_____
James Boasberg
United States District Judge