**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

KEVIN CLINESMITH,

Defendant.

No. 20 Cr. 165 (JEB)

**MOTION FOR COUNSEL TO APPEAR *PRO HAC VICE***

Pursuant to Local Criminal Rule 44.1(d), I, Emily Damrau, a member in good standing of

the bar of the District of Columbia and the bar of this Court, move this Court for the admission

*pro hac vice* of Megan Cunniff Church as co-counsel for Defendant Kevin Clinesmith.   The

declaration required under Rule 44.1(d) is attached to this motion.

Dated:   August 27, 2020
         Washington, D.C.

Respectfully submitted,

/s/ Emily Damrau
Emily Damrau
D.C. Bar # 144830
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
Tel.: (202) 556-2013
Fax: (202) 556-2001
edamrau@mololamken.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on August 27, 2020, a true and correct copy of the foregoing document was

served by CM/ECF to all counsel of record registered to the Court's CM/ECF system.


Dated: August 27, 2020                                    /s/ Emily Damrau
                                                          Emily Damrau

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN CLINESMITH,<br><br>       Defendant. | No. 20 Cr. 165 (JEB) |

**DECLARATION OF MEGAN CUNNIFF CHURCH IN SUPPORT OF**
**MOTION FOR COUNSEL TO APPEAR *PRO HAC VICE***

I, Megan Cunniff Church, hereby request permission to appear *pro hac vice* as counsel on

behalf of Defendant Kevin Clinesmith.  In support of that request, I declare as follows pursuant

to 28 U.S.C. § 1746:

1.      My full name is Megan Cunniff Church

2.      My office address and telephone number are:

      MoloLamken LLP
      300 N. LaSalle Street, Suite 5350
      Chicago, IL 60654
      (312) 450-6716

3.      I am admitted to the following bars:

| Bar | Year Admitted |
|---|---|
| State of Illinois (#6281234) | 2003 |
| U.S. Court of Appeals for the Seventh Circuit | 2007 |
| U.S. Court of Appeals for the Second Circuit | 2020 |
| U.S. District Court for the Northern District of Illinois | 2003 |
| U.S. District Court for the Central District of Illinois | 2007 |

4.      I have not been disciplined by any bar.

5.      I was admitted *pro hac vice* to practice in this Court one time in the last two years

in *United States v. El-Saadi*, No. 19-cr-374-06 (D.D.C. Jan. 19, 2020).

1

6.      I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    August 27, 2020                                    Respectfully submitted,
          Chicago, IL

                                                             Megan Cunniff Church

                                                             *Attorney for Defendant*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

KEVIN CLINESMITH,

             Defendant.

No. 20 Cr. 165 (JEB)

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Counsel to Appear *Pro Hac Vice*, and the declaration of Megan Cunniff Church in support thereof, this Court, on this _____ day of _____, 2020, hereby

ORDERS that Megan Cunniff Church is hereby granted permission to appear *pro hac vice* in this proceeding as counsel for Defendant Kevin Clinesmith.

 

_____
HON. JAMES E. BOASBERG
United States District Judge