**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  v.<br><br>KEVIN CLINESMITH,<br><br>         Defendant. | No. 20 Cr. 165 (JEB) |

**MOTION FOR COUNSEL TO APPEAR *PRO HAC VICE*** 

Pursuant to Local Criminal Rule 44.1(d), I, Emily Damrau, a member in good standing of the bar of the District of Columbia and the bar of this Court, move this Court for the admission *pro hac vice* of Jordan A. Rice as co-counsel for Defendant Kevin Clinesmith.  The declaration required under Rule 44.1(d) is attached to this motion.

Dated:  August 27, 2020
             Washington, D.C.

Respectfully submitted,

/s/ Emily Damrau
Emily Damrau
D.C. Bar # 144830
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
Tel.: (202) 556-2013
Fax: (202) 556-2001
edamrau@mololamken.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

  I certify that on August 27, 2020, a true and correct copy of the foregoing document was served by CM/ECF to all counsel of record registered to the Court's CM/ECF system.

Dated: August 27, 2020                /s/ Emily Damrau
                            Emily Damrau

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN CLINESMITH,<br><br>　　　　　Defendant. | No. 20 Cr. 165 (JEB) |

**DECLARATION OF JORDAN A. RICE IN SUPPORT OF
MOTION FOR COUNSEL TO APPEAR *PRO HAC VICE***

I, Jordan A. Rice, hereby request permission to appear *pro hac vice* as counsel on behalf of Defendant Kevin Clinesmith. In support of that request, I declare as follows pursuant to 28 U.S.C. § 1746:

1. My full name is Jordan Andrew Rice.

2. My office address and telephone number are:

   MoloLamken LLP
   300 N. LaSalle Street, Suite 5350
   Chicago, IL 60654
   (312) 450-6709

3. I am admitted to the following bars:

| Bar | Year Admitted |
|---|---|
| State of Illinois (#6321377) | 2015 |
| U.S. Court of Appeals for the Seventh Circuit | 2017 |
| U.S. Court of Appeals for the Second Circuit | 2020 |
| U.S. Court of Appeals for the Fourth Circuit | 2016 |
| U.S. Court of Appeals for the Federal Circuit | 2017 |
| U.S. District Court for the Northern District of Illinois | 2017 |

4. I have not been disciplined by any bar.

5. I have never been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 27, 2020
         Chicago, IL

Respectfully submitted,

*/s/ Jordan A. Rice*
Jordan A. Rice

*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

KEVIN CLINESMITH,

        Defendant.

No. 20 Cr. 165 (JEB)

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Counsel to Appear *Pro Hac Vice*, and the declaration of Jordan A. Rice in support thereof, this Court, on this _____ day of _____, 2020, hereby

ORDERS that Jordan A. Rice is hereby granted permission to appear *pro hac vice* in this proceeding as counsel for Defendant Kevin Clinesmith.

 

_____
HON. JAMES E. BOASBERG
United States District Judge