AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   20-CR-165 (JEB) |
| Kevin Clinesmith | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Kevin Clinesmith                                                                                       .

Date:      08/28/2020

*Attorney's signature*

Jordan Rice (admitted pro hac vice - IL bar 6321377)
*Printed name and bar number*

300 N. LaSalle Street, Suite 5350
Chicago, IL 60654

*Address*

jrice@mololamken.com
*E-mail address*

(312) 450-6709
*Telephone number*

(312) 450-6701
*FAX number*