# Exhibit 1

[Redacted Public Version]



October 18, 2020

Dear Judge Boasberg,

The following is a character assessment of Kevin Clinesmith based upon my personal knowledge and interaction with him. I know Kevin through my fiancée, ▮▮▮▮▮▮▮▮ met him shortly after I began dating ▮▮▮ two years ago. Since then, I have attended a number of social events with him, including - but not limited to - a week-long cruise in the Gulf of Mexico, his bachelor party at the Daytona 500 in February, and his wedding ceremony in March (along with a follow-up ceremony in August).

If I were to describe Kevin in one word, it would be "fun." He has a variety of loves in life – he loyally follows the Detroit Lions (not an easy task), March Madness (especially when his Michigan State Spartans are playing), and NASCAR (his favorite driver being Clint Bowyer). He is also very much in touch with his nerdy side: he enjoys attending conventions, seeing the latest entries in the Potterverse, and the artistry of Taylor Swift. None of this would mean much if he just kept it to himself, but Kevin has always made an effort to get people involved in his hobbies without forcing them. When March Madness was cancelled due to COVID-19, Kevin organized a Taylor Swift Madness contest where people put in their choices for the best Taylor Swift songs to see which would come out on top ("Shake It Off" won). And when his all-time favorite convention Dragon Con was forced to go virtual, he organized a viewing party so that he and his friends could still celebrate it together. It should be noted that these and other events occurred after Kevin had encountered legal issues, and some of them happened after his guilty plea. I have never heard of anyone having misgivings about being associated with him during this time – quite the opposite. But I mostly mention all this because - as you well know - the fallout of COVID-19 and other events this year have brought varying degrees of suffering for many people. Given that Kevin was already dealing with the stresses of his legal and employment situation, it would have been understandable for him to sink into isolation. Instead, he reached out to people and gave them something to look forward to in their lives at a time when they badly needed it. You could say he did this to make himself feel better, which illustrates what kind of a person he is: he is happiest when others are happy.

Kevin has also helped me on a personal level. He introduced me to the Untitled Goose Game earlier this year, which has been a source of amusement ever since. On a professional level, I have asked him about getting a job with the federal government and he has given me useful advice about how it could be done. Given everything he was going through, I appreciate that he was willing to put aside whatever issues he was having with the government because of his

greater desire to aide a friend. Most importantly, he was instrumental in helping me choose an engagement ring, making him one of the few people who knew I was planning to propose. I reached out to him because he knew the process – having just been through it himself – and I wanted advice from someone who knew and cared for ▇▇▇ He struck the right balance of giving me good recommendations while also being sure to allow me to make my own decisions in the end. I am happy with the way the ring turned out and it serves as an eternal reminder of his generosity.

I understand that Kevin has pleaded guilty to making a false statement. However, I also believe that it was done out of error and not of malice. He has already suffered professional and emotional hardships as a result of his legal issues, which will likely continue regardless of the outcome of this verdict. While his sentence should be within the confines of the law, I strongly believe that it is wrong to derail someone's life due to a mistake. So I ask the court to deliver as lenient a sentence as legally possible. I will admit to having a bias in this decision: ▇▇▇ and I want him to be able to officiate our wedding. In addition, I want what is best for his wife, Stephanie; they have been a constant source of support and happiness for one another and, while I cannot see inside Kevin's heart, I believe that he cares more about what the effects of this trial will be for her well-being than his own. I also want what is best for his yet-to-be born child; he will make an excellent father and the child deserves to have him in their life. In short, Kevin deserves the most lenient sentence because he is a fundamentally good person.

Sincerely,

