# Exhibit 2

## [Redacted Public Version]

October 23, 2020

RE: Character Letter for Kevin Clinesmith

Dear Judge Boasberg:

Thank you for your time and consideration of this letter. I am writing this letter of support for Kevin Clinesmith. I am aware that Kevin has pleaded guilty to making a false statement in August 2020.

I have been friends with Kevin for just over 5 years. When I moved to Washington, DC, in the fall of 2015, Kevin and his now wife immediately welcomed me into their circle of friends. I've been invited to every game night, Halloween and March Madness party, and birthday celebration that they have hosted ever since. We've also gone on weekend trips to the beach together, celebrated multiple friends' big life events together, and have made memories at numerous smaller events in between. I have only ever known Kevin in a personal capacity; we have never worked together professionally.

I am thankful to have a friend like Kevin. Kevin is generous with both his time and his resources. He is incredibly thoughtful, caring, and sincere. He loves to share his enthusiasm for Michigan State basketball, Taylor Swift, and games of any kind. And, above all, he is a loyal and persistent friend -- he never leaves a name off the invite list, he is always excited to check-in and see how you are doing, and he remembers the little things.

In writing this letter, one particular and recent example of Kevin's character stood out to me. I had to call Kevin to cancel my RSVP to his wedding just days before his big day because my grandmother was very ill. In the midst of many other cancellations due to the COVID-19 pandemic and the stress I'm sure he was feeling, it stood out to me that Kevin's only concern was for me. He understood completely how important it was for me to spend time with my grandmother as she was nearing the end of her life, and he was sympathetic to the tough decision I had to make. I left the conversation feeling extremely comforted even though I had called to deliver him disappointing news. It was a reminder to me of the kind of friend and person that Kevin is -- someone that thinks about others before thinking about himself.

Kevin has always been passionate about his work as an attorney and as a public servant. These are passions that we share and have always connected on, as I too am a government attorney. I would ask that you consider the impact that this charge will have on Kevin's ability to continue serving in either of those roles, attorney or public servant, as you issue your sentencing decision. Kevin's mistake has already impacted his life greatly and he has accepted responsibility for it.

My wish for him and his family is that you show him as much leniency in your sentencing as you are able to.

Thank you again for your time and consideration.

Sincerely,

