# Exhibit 13

# [Redacted Public Version]



Re: Kevin Clinesmith

Dear Judge Boasberg,

My name is ▇▇▇▇▇▇▇▇▇▇ I am writing on behalf of Kevin Clinesmith. I have known Kevin for over 16 years, both as a classmate and as a friend. During this time he has always shown the highest integrity and a deep dedication to kindness, justice, and fairness.

During our time together at Michigan State University College of Law, Kevin was an excellent friend, driving me to work harder than I otherwise would have. I don't know what my career would have looked like without his nudges. ▇▇▇▇▇▇ ▇▇▇▇▇▇ which gave me a deeper appreciation of legal research and the technological applications in the law. He also was one of the driving forces of positivity in my life during law school, a time when I was very uncertain about my place, my skills, and my future.

I was extremely proud of my friend as he started his career in the federal government. This was his dream for as long as I knew him. He was clearly passionate about the work, especially when he started working for the FBI. During the times I was able to visit with Kevin, he continued to be deeply committed to justice.

Given my experiences with Kevin, when I heard the first reports about what he had done, I was completely shocked. I reached out almost immediately to give him my support and then spent days trying to think of anything that might reconcile what he was accused of with the person whom I spent hundreds of hours studying the law. Knowing now that he has pled guilty to making these false statements, I am left with the conclusion that this was a singular error in judgment. If he could take it back, I know he would. I do not know the reasons why, whatever the pressures and justifications that persuaded Kevin to make the decision he did, I just know that my friend made a mistake.

Fully acknowledging this mistake and all complexities resulting from it, I hope that the court shows Kevin leniency. His path forward is going to be challenging regardless of what punishment the court delivers. Despite those challenges, I have no doubt that he has much to offer his community, his family, and friends in the months and years ahead.

Thank you,