# Exhibit 15

# [Redacted Public Version]



Dear Judge Boasberg,

My name is ███████████ to Kevin Clinesmith. I know that he is a lawyer for the Federal Burea of Investigation. I also know that he has recently pleaded guilty to adding false information into an email sent on to other colleagues.

I have known Kevin my whole life, more so as I have gotten older. Him and I have become as close as brothers over the past few years. Every time I have turned to Kevin for help or advice he has went above and beyond and was more than happy to help. One such case is I once went to him for help when my girlfriend was trying to get full custody of her son. I called Kevin and he was so happy to help, give advice and point us in the direction of a local attorney. That is just one of many times He has went out of his way to help me when i needed it. He does the same for all his family and friends. Kevin puts everyone else first.

I hope that the court will show some leniency and take this information into consideration. Despite this incident I truly still believe Kevin to be an honest and honorable man.

SIncerely

