# Exhibit 17

# [Redacted Public Version]





October 6, 2020

Dear Judge Boasberg,

I know Kevin Clinesmith from his years as a student in several of my political science classes. Kevin was a political science major at Saginaw Valley State University where I have been a professor ███████. My sense is that I've known Kevin for at least 10 years. I worked with him at department events so we sometimes talked outside of class as well. And I stayed in touch in a very limited way through social media including LinkedIn and Facebook. From the small amount he posted on Facebook, and from my infrequent use of LinkedIn, I learned that he was in a happy personal relationship and running 10K races. The last I knew about Kevin's job was that he was working as an attorney at the Department of Energy. I wasn't even aware that he moved to the FBI, but later learned that as these sad events unfolded.

My personal experiences with Kevin in every situation is that he is a kind, well intentioned person. I never had any negative experiences with him of any kind. Unlike many other students I've worked with over the years Kevin always behaved in an ethical manner. He always worked on his papers by himself, he never cheated on tests, and he helped other students in ways that he could. One of the anecdotes I remember about him that was very touching was that his mother ran a day care center in a rural part of Michigan. I remember learning that his family earned very little money from this occupation so one of the reasons that Kevin wanted to become an attorney was to live a better life. In the meantime he helped his mother with her day care center.

I understand that he has pleaded to guilty to the charges for which he is appearing before your court. My hope is that you will give him a lenient sentence. Kevin is a very good person who sadly seems to have gotten caught up in a very bad time in our nation's history.

