# Exhibit 18

# [Redacted Public Version]



October 27, 2020

Dear Judge Boasberg,

    I write this Character Letter on behalf of my friend and former co-worker, Kevin Clinesmith. I know Kevin from working with him at the Federal Bureau of Investigation (FBI) for three and a half years, but I submit this letter entirely on my own behalf and do not in any way represent the thoughts or opinions of the FBI.

    Kevin was one of the first people I met when joining the FBI. Throughout my time working with him, Kevin was a nearly ideal co-worker. He was thoughtful, thorough, highly intelligent, hardworking, dedicated, and generous with his time. I admired his strong work ethic; he graciously accepted all work assignments, often offered extra assistance to clients, and always made time to help his co-workers. I also appreciated his vast knowledge of national security law and his deep commitment to protecting our national security. Not only was Kevin was one of the first graduates of Georgetown Law School's LL.M. program for National Security Law, he also spent years working his way up through the federal-government ranks before he was able to secure work as a national security attorney. Despite his achievements, Kevin was and continues to be deeply humble, dedicated to his family, and true to his Michigan roots.

    Kevin is also a kind, funny, patient, and generous friend. I recall that when he barely knew me, he escorted me under his umbrella for blocks in a torrid downpour to a store where I could buy my own umbrella. As we became better friends, he strongly encouraged me to rescue-adopt a puppy and two kittens. (In fact, my grateful children lovingly call our pets the "Clinesmith Zoo.") And one holiday season on the Friday evening before Christmas, I was the last person at work and needed help, so I called Kevin; even though he had been home lounging in his pajamas for hours, he changed back into his work clothes and returned to the office, without complaint, to help me. For all these reasons and many, many more, I am grateful Kevin is my friend.

    Although I have no knowledge of the events underlying his plea and cannot speak to them, it comes as no surprise to me that Kevin is now willing to take responsibility for his actions. As Kevin's friend, it is my sincere hope this Court refrains from imposing a sentence that would include any prison time. Kevin has already endured substantial losses related to the events underlying his plea: he has had to give up his job, which he loved, give up his chosen legal career in national security work, which he loved, and he will now carry with him a felony conviction, which could continue to complicate his job prospects indefinitely. Kevin is young, newly married, and doing his best to be a good partner to his bride and build a happy family life. Please allow him to continue unobstructed along this path.

    Thank you for your consideration.