# Exhibit 48

## [Redacted Public Version]

Dear Judge Boasberg,

    I am writing this letter to testify to the character of my closest uncle, Kevin Clinesmith. He is the youngest brother to my late father and I have known him all my life. Kevin is 17 years younger than my father and 7 years older than I, making our relationship closer than the average uncle and niece. Throughout my life Kevin has always displayed the type of character that would make a family proud. He is hard working, incredibly intelligent, kind, humble, thoughtful, responsible and honest. From very humble beginnings in rural Michigan, he achieved so much. Our entire family was so proud of him serving in the Federal Bureau of Investigation. He was and still is our proudest family achievement.

    Specifically, Kevin was critical to my sisters and me when our father unexpectedly passed at the age of 49. We were absolutely devastated, the kind of devastation where you cannot think straight or past the next five minutes, Kevin was there for us in so many ways. He not only coordinated so much of the loose ends that must be completed after one suddenly leaves us but he became like our big brother pulling us through our darkest days, all while he was mourning the loss of his brother. I wish I could find the words to convey what this meant to me, this letter does not do the feelings justice.

    He remains our closest link to our fathers family, and he truly carries the weight of the Clinesmith family for more than just my sisters and me. He is instrumental in the lives of so many. All while he may be going through the hardest time of his life; clearly professionally, and personally. He lost his sweet mother recently and is starting his own family during a pandemic. But what is truly amazing is that while he is going through so much himself, he still takes on the responsibilities above what should be expected of someone for the family. I am asking you to give leniency to Kevin during sentencing. While I admit I am not privy to the details of the particular case you are presiding over, I am hopeful that he has learned from his errors and that you will be as lenient as possible so that he can continue to play an important role in my life, my sisters, his siblings, and especially his wife who is carrying their baby boy. Thank you for the opportunity to testify to his behalf.

Sincerely,

