# Exhibit 56

# [Redacted Public Version]

October 2, 2020

Dear Judge Boasberg,

My name is ▮▮▮▮▮▮▮ and I have had the pleasure and privilege of being friends with Kevin Clinesmith for over 11 years.  I know Kevin as a new husband to his fantastic wife Stephanie, an attorney, a proud graduate and sports fan of Michigan State University and a loyal fan of the Detroit Lions no matter their season record.  Kevin is an intelligent and hard-working individual and the first person in his family to earn a college degree.  Kevin is the type of person that people are automatically drawn to, he has lots of friends.

I am aware that Kevin has plead guilty to making a false statement, but I believe that Kevin's regrettable action does not clearly represent the type of person he is.  I am writing to you today to share why he is such an important person in my life and in the life of others.

I first met Kevin on the intermural kickball field as a new DC resident when my team was playing Kevin's kickball team the ▮▮▮▮▮▮▮▮▮▮▮▮.  From the start I could tell that Kevin was a fantastic person when he walked up and introduced himself to me as I did not know many people in the area, he would also invite me to team events and make sure I felt included.  At a kickball get together my now husband ▮▮ got injured and Kevin was the first person to offer help and keep me calm at the same time.

There are many things that I love about Kevin, he has an extremely kind heart and is full of encouragement of others.  Kevin and I have run two half marathons together and he remained by my side for all 13.1 miles encouraging me keep going and that I could make it to the finish line.  Kevin, his wife Stephanie, ▮▮▮▮▮▮▮ ▮▮ and I participated in a two-day charity bike ride for the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  Our team raised over $1,500 for the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and during the grueling 108 miles on day one and 84 miles on day two, Kevin was again by my side encouraging me keep going and to not quit.  I was in near tears towards the end of the ride on day two because I was tired and in pain but Kevin was able to pick me back up and rode next to me until we crossed the finish line together.

Kevin is so special to ▮▮▮▮▮▮ me that we asked him to serve as our officiant when we got married in 2017.  It was a 'no brainer' to choose Kevin for this very important job.  Unfortunately, after the ceremony my Dad fell ill and was taken to the hospital.  During my Dad's hospital visit, Kevin was constantly checking in to see how everyone was doing and to let us know that he was thinking of my family during this scary time.  Thankfully, my Dad turned out be fine but due to his hospital visit there was a change in plans of our celebration and Kevin kept our group of friends together and entertained as well as provided them with updates on my Dad until we are able to celebrate with everyone more than five hours later.

Kevin constantly thinks of others over himself.  He checks in with me just to say 'hello' and see how I am doing and not to mention has helped me move no less than four times and always offers to help before being asked.  Besides my husband, Kevin is one of my favorite people to be around and spend time with.  I kindly ask you to please deliver as lenient a sentence as possible to allow for this kind person that I am proud to call my friend get back to his normal life as soon as possible.

Thank you.

Sincerely,