# Exhibit 57

# [Redacted Public Version]

October 22, 2020

Dear Judge Boasberg,

    My name is ▮▮▮▮▮▮▮▮▮▮ and am a close friend of Kevin Clinesmith. I met Kevin 13 years ago through mutual friends, and we quickly bonded over both of us being Detroit Lions fans. There aren't too many of us in DC, and many others have given up on the team by now, but we are still loyal to them after all the losing.  Loyalty is actually one of Kevin's great qualities and not only for his sports' teams. Through the years, I've been able to count on him to help me move every time. A lot of friends would rather make up some excuse about being busy but not Kevin.  He's also been there to celebrate birthdays, and offered to dog-sit. Kevin has joined me on multiple long distance cycling adventures. He may not always be physically ready for the mileage, but I always enjoy his comradery during them. He also has been extremely loyal to his family. Even though he is the youngest of four children, Kevin has been relied on to provide support to his siblings and parents financially, for planning functions, taking care of legal issues, and property needs. He is trusted as his family's main support pole.

    Kevin's family only had below average means, but he has through determination achieved so much. As an amateur athlete myself, I am in awe of the multiple marathons he has completed. I've been at a few of them to cheer him on, and even though he has suffered immensely during a couple, he has never quit one. My wife and I even had Kevin officiate our marriage. He felt so honored to do it and he did an amazing job. We couldn't have been happier with how much he dedicated himself to making it perfect for us.  He has shown his determination in his professional life too. He's earned multiple degrees, risen through the ranks at the Department of Energy and eventually joined the prestigious Counterintelligence Division of the FBI, for which he was extremely excited when he got the job offer.

    Kevin took pride in being part of a FBI division which protected Americans from our adversaries. He put his all into the job and took it very seriously because of the important part of government it aided. He has a great willingness to serve the public. About seven years ago, he ran unsuccessfully for his local Advisory Neighborhood Commission, but that did not deter him from wanting to run again in the future.  He wanted to build up his resume a little more so that he would have a better shot at winning and then being able to improve the lives of people in his neighborhood. He may not get that chance anymore due to his guilty plea of making a false statement, but that's not his greatest consequence.

    I know that Kevin has been absolutely crushed that he has diminished in any way the respect of the FBI, and he is deeply saddened that as the shining example in his family, he may have brought them shame. Also, he worries about if friends and colleagues will have to experience any burden by knowing him because of the public knowledge of his transgression. As one of those friends, I still respect him greatly because of his loyalty, determination, and duty to serve, and hope that I can return the same level of selflessness that he has shown me

and others, and I will always be proud to call him a great friend.  I kindly request that you deliver as lenient a sentence as possible.

Sincerely,

