# Exhibit 58

## [Redacted Public Version]

Dear Judge Boasburg,

I am writing to urge leniency in the sentencing of my husband, Kevin Clinesmith.

I have known Kevin for over 10 years, during which time we first became close friends, then started dating, fell in love, and most recently at the beginning of 2020, became husband and wife. I was surprised at how quickly Kevin and I became close friends over the first few months of meeting, which I largely attribute to his fun-loving demeanor, giving-nature, and great empathy. As we started dating, I found that our shared values of dedication to family and friends, kindness to strangers, and a duty to serve brought us closer together. While dating, we had our ups and downs like any normal couple, but Kevin showed me true unconditional love in our relationship, regardless of any disagreements or mistakes. This steadfast nature gave me the assurance that our love could stand the test of time, marriage, and parenthood. Along with the reassurances Kevin provided me, I knew I wanted to protect his heart that he gave so freely and endlessly to others to ensure he remembered to care for himself so he could continue to be a great family member, friend, and colleague to others. Approximately seven years ago during the early years of dating, we first expanded our family with the adoption of our fur-baby cat from the Animal Welfare League of Arlington, and are now excitedly preparing to become first-time parents to our baby son in March. I understand that Kevin has pleaded guilty to making a false statement, and the seriousness of the situation. More than many, I have felt the emotional toll of this single error in judgement over the past year as Kevin has agonized over the repercussions it has caused, not only to him, but to the reputation of the Federal Bureau of Investigation (FBI), to his colleagues and friends, to me as his wife, and to our growing family.

Kevin takes great pride in his work and his career in public service. Over the years, he has shared with me his strong desire to work in the public sector and serve his country in this capacity. He was especially excited when he started a detail in 2013, and was subsequently hired in 2015, to work as a lawyer for the FBI. He would often tell me this was his dream job. As an adult in my late 20s at the time, I was impressed that he knew so clearly what his dream job would be, given me and so many of my friends were still figuring out what that meant. Kevin worked hard to set himself up for success in his position. He was the first of his family to graduate from college, and during that time studied hard to achieve summa cum laude. Subsequently, he was accepted to law school at Michigan State University, where he graduated magna cum laude. Outside of some scholarships and grants, Kevin had to work and pay his own way through both schools, in addition to his Masters of Law from Georgetown Law School, where he graduated with distinction. He completed his Masters of Law while working full time at the U.S. Department of Energy (DOE) to gain the added expertise needed to work at the FBI. Then, upon moving over to the FBI, Kevin took steps to integrate into the office community and become a valuable resource to the agency, as demonstrated through his large network of colleagues he interacts with outside of the office and the many awards he received throughout his service.

Based on his experience and expertise, Kevin was assigned to challenging and politically sensitive investigations at the FBI that often required him to work late into the evening, when many of his colleagues were able to go home to their families or were enjoying the flexibility offered by alternative work schedules. This extra emphasis on the mission at work left less time for us as a couple to focus on our goals and greatly delayed plans we had for our future. Additional oversight of these investigations began to be performed as well, which added extra work on top of the already taxing day to day requests. As you might imagine, these high-stake responsibilities, along with added scrutiny, were taxing on Kevin's psyche. On top of that, the past year plus has been especially devastating for him, knowing that his error in judgement cost him his dream career and put his ability to practice law in jeopardy.

While working hard to support the public through his positions at the DOE and FBI, Kevin was also dealing with a lot of personal challenges. During this time he dealt with a number of family illnesses and deaths that have left him without the support of parents and other family members that so many people in their 20s and 30s lean on through both challenging and joyous times. These deaths have also led him to assume many added responsibilities in supporting family needs. When we first started dating in the fall of 2011, Kevin was dealing with the sudden loss of his father due to a heart attack, and four years later was dealing with the tragic loss of his brother, who was as much a father figure to him, due to substance abuse. Over this time, Kevin's mother was fighting breast cancer for a second time and subsequently suffered a series of strokes and a fall that ultimately led to her needing full-time care in a nursing home. In 2017, around the time of the above referenced false statement, Kevin found out that his mother had been diagnosed with a rapid onset of Alzheimer's and dementia, and her health rapidly deteriorated to a point where she could no longer recognize her family or communicate clearly. Sadly, earlier this year, his mother passed away, isolated from family due to the coronavirus that has upended so many of our lives. I relay these details so as to give you a better understanding of some of the emotional stress he was carrying during the time he worked at the DOE and FBI. Despite this, he showed continued dedication to supporting the missions of the agencies, his colleagues, friends, and family.

To know Kevin, is to know an extremely compassionate, thoughtful man, who puts others needs before his own. Kevin goes out of his way to support those around him to the fullest extent possible. For example, Kevin has helped numerous friends move over the years, while he always hires movers himself so as not to trouble others. He even went the extra step of bringing me new boxes and rolls of tape when I was packing up my apartment for us to move into a new place together. Kevin has helped my family with more technology issues than I can count, conducting detailed research on recommended products or patiently walking through a set-up issue step-by-step. He spent extra effort ensuring my mother felt comfortable and safe in her apartment █████████████, when she took a job that required her to be in Washington, D.C. during the week. In addition to these examples, he has spent countless hours supporting friends through career changes, relationship troubles, losses, and other challenges, a great confidante to those needing a caring friend.

Since we first started dating, Kevin has been an incredibly supportive partner. Having been in a relationship with him for so long, I can recount many little daily actions that show how caring he is, but I will highlight a few bigger moments that stand out. One of the first challenges we faced together was on a winter weekend trip in Virginia. We were planning to take a hike and were having trouble with our paper directions in a no cell service area. I was navigating, and had us take a turn up a snowy mountain road, in my 4-cylinder Corolla. We got to a point where the car wouldn't go up any further, which was about the time I realized it was the wrong road. With a ditch on one side and the edge of the mountain on the other, after requesting I step out, Kevin aptly managed to turn the car by using the ditch to pop the car around. Without him, I would have been stuck up there, or worse, severely injured. This is one of many examples where Kevin has put my safety above his own, being a steadfast caretaker that I know he will continue to be as a father. On another occasion, when we were doing a clean-up project for MLK day at a local park, Kevin took on the most challenging roles, clearing out heavy remnants of an abandoned encampment and lugging large trash bags over to the pick-up area. This simple example illustrates Kevin's dedication to public service and not shying away from hard work.

Over the past year, as we planned our wedding, Kevin took on another challenge in navigating the annulment process so we could have a Catholic wedding. While not Catholic himself, he was previously married in the Catholic Church, and the marriage was never annulled following divorce proceedings. If you're not familiar with this process, it is rather lengthy, requiring a detailed and lengthy personal essay

describing your upbringing and past relationship in great detail, analyzing what went wrong, and conducting an interview process with Diocese officials. Kevin knows how important my faith is, and worked through these steps, despite the emotional toll of reliving past failures – especially during this time of heightened stress and uncertainty for him – in order to further solidify our foundation and his love for me. Lastly, on a lighter note, early on in the pandemic when many people were first coming to grips with the isolation needed to protect others, as well as the sheer impact of every possible type of event to look forward to being cancelled, Kevin spent countless hours organizing an online Taylor Swift song bracket, in the style of NCAA tournament brackets, to give our extended network of friends a fun activity and distraction to participate in during an otherwise trying time. This may seem trivial, but illustrates one of many examples of Kevin's ability to bring people together, bring them out of their isolation, and show them someone cares during our global crisis, despite dealing with his own personal and professional crisis.

Kevin is a steadfast constant in my life, and the life of our families and friends. To lose him for any amount of time, especially during this time of newly husband and wife, as well as on the precipice of becoming parents, would be heart-breaking. Kevin has been by my side through prenatal visits; he has been reading books about pregnancy, birth, and parenting. He has been catering to my changing dietary needs and keeping an eye out for our safety as my pregnancy brain makes me forgetful. I urge you to consider how important it is for Kevin to be with me during the birth or our baby, to support me through recovery from labor and care for our baby. While we hope to have the support of my parents after the birth of our baby, the pandemic has made their ability to travel safely to and from DC and interact with the baby after travel exposure much more difficult. In addition, I ask you to consider how the investigation and guilty plea has already and will continue to affect our future family. While many of my friends who had babies were planning the décor for the baby room and daycare options, I am doing my best to focus on the present to manage this added stress and uncertainty for our future during my pregnancy, to minimize stress for the health of the baby and delivery outcomes. In addition, I know that the loss of Kevin's federal career that he had been building for over ten years, and the current pressures on me to be the sole financial contributor to the family at this time, will have unintended consequences to our baby's future. Lastly, I worry about how the negative public commentary around the case may affect our child as he grows up and may read or hear hateful or fictitious criticism about his father.

As you may know, Kevin does not have any previous offenses. In fact, he takes great pride in his law-abiding character, so this error in judgement has been especially demoralizing and traumatizing to him. I know he is eager to take what he has learned from this mistake and find a way to contribute to society in a professional and personal capacity again. Despite the toll this year has taken on his psyche, Kevin has remained dedicated to our relationship, our home life, and to building our family. He has also sought counseling to manage the stress and depression that have come from this jarring and unique circumstance in his life. As a dedicated public-servant, with a great passion to work in the FBI's legal office, this error has been life-changing and devastating for Kevin, and I ask that you consider the negative consequences he has already faced and will continue to face in considering leniency in his sentencing.

Thank you for your time and consideration.

Sincerely,

Stephanie

Stephanie