# Exhibit 59

[Redacted Public Version]

# STREET SENSE MEDIA
### Real Stories | Real People | Real Change

November 25, 2020

The Honorable James E. Boasberg
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   Street Sense Media's Sponsorship of Kevin Clinesmith's Community Service

Dear Judge Boasberg:

On behalf of Street Sense Media, I submit this letter to ask the Court consider a sentence of community service for Kevin Clinesmith because Street Sense would gladly accept Mr. Clinesmith's service.

Street Sense Media is a nonprofit organization that serves and raises awareness for the homeless community in Washington, D.C. Among other efforts, Street Sense produces a biweekly newspaper featuring original news reporting, artwork, and opinion articles focused on homelessness and poverty. Beyond elevating the voices of those who experience homelessness—individuals who regularly serve as artists and journalists for our publication—Street Sense provides economic opportunity through our newspaper vendor program. Additionally, Street Sense provides case management services to help the men and women with whom we work obtain permanent housing, employment, and healthcare.

Mr. Clinesmith would be an asset to our organization and the communities we serve. A colleague and I spoke with Mr. Clinesmith regarding how he might best assist Street Sense in its mission. His strong research, writing, and editing background will be an asset to our organization and its mission. Among other possibilities, Mr. Clinesmith can assist us by editing incoming articles and opinion pieces, writing articles where our normal rotation of writers is unable to fill all story assignments, and researching to support news stories under development. Mr. Clinesmith can also assist with ad hoc administrative work when needed. Like most nonprofits, any help we are offered is much appreciated. To get that help from someone with Mr. Clinesmith's qualifications is an outstanding opportunity for our organization.

We understand and share Kevin's deep commitment to serving the Washington D.C. community as he works to move forward from the mistake he made. Street Sense is happy to partner with him to be as productive as possible as he serves his sentence. Additionally,

Street Sense believes that the criminal justice system is best served by providing opportunities for criminal defendants—especially nonviolent criminal defendants—to rehabilitate themselves through service to their community rather than through costly and unproductive time in prison. Street Sense is pleased to do its part in promoting rehabilitation through community service rather than incarceration.

Street Sense asks that the Court consider a sentence including community service. We offer our organization as a sponsor for such service. Please do not hesitate to contact me if further information might be helpful. Thank you in advance for your consideration.

