# Exhibit 61

# [Redacted Public Version]



Big Whoop! What is his plea-bargaining sentence going to be, two hours of community service? Kevin Clinesmith committed TREASON in an attempt to illegally remove a President of the United States from office. He should be executed or given a life sentence at the very least.

5:17 PM · Aug 14, 2020 · Twitter Web App



Let Roger go. - Hang the FBI Lawyer Kevin Clinesmith in public on gallows erected at the base of the United States Capital

Three prosecutors quit Roger Stone case

Four prosecutors quit Roger Stone case after DOJ sentencing reversal
The four Department of Justice (DOJ) prosecutors who recommended Roger Stone be sentenced to seven to nine years in prison left the case Tuesday after top ...
🔗 thehill.com

5:30 PM · Feb 11, 2020 · Twitter for iPhone





From: [redacted]
To: Shur, Justin
Cc:
Subject: Kevin Clinesmith
Sent: Fri 8/14/2020 5:11 PM

Kevin knew EXACTLY what he was doing you lying piece of garbage and he should be found guilty of TREASON to the United States and shot in front of a Military firing squad for the treasonous lying piece of filth he is!!

Sincerely,

[redacted]

4



From: ▮▮▮  
To: Shur, Justin  
Cc:  
Subject: Your client Kevin Clinesmith  
Sent: Sat 8/15/2020 9:31 AM

Shur,

In a different time and place your client Clinesmith's carcass would be swinging from a lamp post. Clinesmith betrayed his oath of office while employed by the FBI by engaging in a coup by the U.S. Intelligence Community. Their goal was to overthrow the results of a national election. Operation Crossfire Hurricane pales in comparison to Nixon's Watergate. It forever damaged the credibility and integrity of the FBI. This egregious assault on our system of government by Clinesmith and other high ranking government officials was inexcusable.

Clinesmith belongs in federal prison. I hope he receives a lengthy prison sentence for his role in falsifying official documents related to the illegally obtained FISA warrant. Hopefully, additional corrupt officials will be flushed out and be held accountable for their organized criminal activities related to this debacle.