# Exhibit 63

**Examples of Cases In This District**

- *United States v. Perez*, No. 1:14-cr-00109-ABJ, Dkts. 7, 20 (D.D.C. 2014) (DEA employee who fabricated evidence to convince law enforcement authorities that her children were in danger of being kidnapped and later lied to the FBI about it was sentenced to 24 months of probation with 200 hours of community service)

- *United States v. Jurgensen*, No. 1:10-cr-00279-RMC, Dkts. 5, 13 (D.D.C. 2010) (Special Agent with Army CID who falsely claimed on official forms that his daughters were living with him abroad, thereby allowing him to receive an increase in living quarters allowance, was sentenced to 24 months of probation with 4 months of location monitoring and 100 hours of community service)

- *United States v. Shim*, No. 1:09-cr-00262-RBW, Dkts. 6, 18 (D.D.C. 2010) (FBI Special Agent who submitted fictitious rental agreement to FBI purporting to show that he would be leasing a property during his temporary duty assignment when he was in fact residing with family at no cost to himself, and as a result received $48,500 for reimbursement of lodging expenses, was sentenced to 5 years of probation with 400 hours of community service)

- *United States v. Bazan*, No. 1:09-cr-00368-PLF, Dkts. 9, 18 (D.D.C. 2010) (ATF Assistant Country Attaché in Mexico who falsely represented that 7 visa applicants provided assistance necessary to the ATF mission, in order to fraudulently obtain visas to travel to the U.S., was sentenced to 24 months of probation with 100 hours of community service)

- *United States v. Odom*, No. 1:11-cr-00226-JEB, Dkts. 9, 17 (D.D.C. 2011) (President of youth organization who obtained a federal grant to provide housing services to HIV/AIDS infected women submitted fraudulent invoices and time cards and pocketed reimbursement of the same was sentenced to 36 months of probation with 100 hours of community service)

- *United States v. Polozola*, No. 1:11-cr-00374-RLW, Dkts. 8, 18 (D.D.C. 2012) (CPA at accounting firm who falsely testified under oath during SEC proceeding in order to downplay activities that resulted in him being barred from NASD so as to direct attention away from him during SEC investigation was sentenced to 24 months of probation with 200 hours community service)

- *United States v. Rodriguez*, No. 1:13-cr-00061-ABJ, Dkts. 9, 17 (D.D.C. 2013) (Executive Director of company who submitted false proposal to government agency related to combatting piracy off the African coast; proposal claimed the company employed thousands of mercenaries from the Philippine army ready to combat piracy when defendant and company employed no one at all; was sentenced to 36 months of probation with 200 hours community service)

- *United States v. Rodney*, No. 1:11-cr-00038-EGS, Dkts. 8, 22 (D.D.C. 2011) (Businessman who lied to the House Ethics Committee about the source of funding for trips attended by Members of Congress, submitting forms certifying that his foundation was the sole sponsor of Members' trips when the trips were actually funded by foreign governments; was sentenced to 24 months of probation with 500 hours community service)

- *United States v. El-Gamal*, No. 1:10-cr-00129-CKK, Dkts. 43, 57 (D.D.C. 2011) (Company owner who illegally exported controlled commodities and made numerous false statements to the Department of Homeland Security concerning the purpose of the commodities was sentenced to 24 months of probation with 100 hours community service)

- *United States v. Hanson*, No. 1:09-cr-00071-PLF-2, Dkts. 107, 132 (D.D.C. 2010) (Co-owner of company who engaged in the business of exporting aviation equipment to China in violation of export control laws and when confronted by federal agents falsely stated he was not shipping those products to China was sentenced to 24 months of probation with 150 hours community service)

- *United States v. Walton*, No. 1:08-cr-00199-EGS, Dkts. 4, 8 (D.D.C. 2008) (DOD employee who failed to report on her financial disclosure form $100,000 she received for subcontracting work from two contractors who provided services to the U.S. Army was sentenced to 24 months of probation)

- *United States v. Reaves*, No. 1:015-cr-00090-RJL, Dkts. 11, 24 (D.D.C. 2016) (OPM investigator who falsely represented that he had conducted interviews or collected background information was sentenced to 36 months of probation and 300 hours of community service)

**Examples of Cases In Other Districts**

- *United States v. Powell*, 164 F. App'x 720, 722 (10th Cir. 2006) (Defendant who submitted a materially false loan application to the Department of Housing and Urban Development was sentenced to 2 years of probation)

- *United States v. Al-Esawi,* 560 F.3d 888, 890 (8th Cir. 2009) (Defendant who was convicted of making false statements to the FBI regarding the true owner of a tobacco store being investigated for tax fraud was sentenced to 2 years of probation and a $500.00 fine)

- *United States v. Waddell*, 135 F. App'x 808, 810-11 (6th Cir. 2005) (Deputy sheriff who made false statements to the FBI when he denied that he knew the whereabouts of his friend whose garage and residence had been searched and yielded evidence of drug and theft violations was sentenced to 18 months of probation)

- *United States v. Jackson*, 408 F. App'x 651, 652-53 & n.2 (4th Cir. 2010) (Private security guard employed at Andrews Air Force Base who made false statement on "Questionnaire for Public Trust Position" and lied to a federal investigator about his alias associated with postings that described the government as satanic sentenced to 2 years of probation, a $2,300 fine, and 80 hours of community service)