UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| ) | |
| v.  ) | Case No. 20-cr-165-JEB |
| ) | |
| ) | |
| KEVIN CLINESMITH, ) | |
| ) | |
| Defendant ) | |
| _____) | |

## MOTION FOR LEAVE TO FILE

COMES NOW, Carter Page ("Dr. Page"), by and through undersigned counsel, and moves this Honorable Court for leave to file a motion confirming his status as a statutory victim under the Crime Victims' Rights Act (the "CVRA"), 18 U.S.C. § 3771, to be heard at sentencing pursuant to § 3771(a)(4), and his right to restitution pursuant to § 3771(a)(6) and 18 U.S.C. § 3663.

Dr. Page asks leave to file his motion as a victim of the offense in this matter pursuant to the statutory right of victims to enforce their rights through counsel and by motion to this Court. Section 3771(d) states:

> (1) Rights.— The crime victim or the crime victim's lawful representative, and the attorney for the Government may assert the rights described in subsection (a). A person accused of the crime may not obtain any form of relief under this chapter.
>
> . . .
>
> (3) Motion for relief and writ of mandamus.— The rights described in subsection (a) shall be asserted in the district court in which a defendant is being prosecuted for the crime or, if no prosecution is underway, in the district court in the district in which the crime occurred. The district court shall take up and decide any motion *asserting* a victim's right forthwith.  (Emphasis added.)

For purposes of this motion for leave to file, Dr. Page asserts that he satisfies the statutory definition of victim found in both the CVRA and the restitution and the case law interpreting those sections, and is entitled to the rights thereunder.

The motion sought to be filed, Motion For Relief Under the Crime Victim's Rights Act, seeks the Court's confirmation of Dr. Page's status as a statutory victim and enforcement of his statutory rights, setting forth the basis for his claim.

WHEREFORE, Movant respectfully requests this Court grant him leave to file the appended motion and exhibits.

        Respectfully submitted,

        _____/s/_____
        Leslie McAdoo Gordon
        DC BAR #456781
        McAdoo Gordon & Associates, P.C.
        1140 19th Street, NW, Suite 602
        Washington, DC 20036
        (202) 293-0534 telephone
        (202) 478-2095 facsimile
        leslie.mcadoo@mcadoolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on December 4, 2020, a copy of the foregoing Motion for Leave to File was served electronically on:

Justin Shur
Emily Kathryn Damrau
Megan Cunniff Church
Jordan Rice
MOLOLAMKEN LLP
600 New Hampshire Avenue, NW
Suite 660
Washington, DC 20037
(202) 556-2005
Email: jshur@mololamken.com

Anthony F. Scarpelli
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7707
Fax: (202) 514-8707
Email: anthony.scarpelli@usdoj.gov

Neeraj Patel
Special Assistant United States Attorney
157 Church Street
25th Floor
New Haven, CT 06510
203-821-3700
Email: neeraj.patel@usdoj.gov

_____/s/_____
Leslie McAdoo Gordon
DC BAR #456781
McAdoo Gordon & Associates, P.C.
1140 19th Street, NW, Suite 602
Washington, DC 20036
(202) 293-0534 telephone
(202) 478-2095 facsimile
Leslie.mcadoo@mcadoolaw.com