# Exhibit B

**From:** Carter Page ▮▮▮▮▮▮▮▮
**Date:** April 6, 2017 at 7:43:51 AM EDT
**To:** Adam Burke <burke142@gmail.com>
**Cc:** kevin.clinesmith@ic.fbi.gov, Josh Mackey <Jmackey@mbwise.com>
**Subject: Re: Carter Page Follow Up**

Dear Kevin:

Thanks very much for your help in advancing this important process of belatedly restoring justice in America, after the vicious campaign lies and civil rights violations that led to our discussions.  By way of further background, I have been exceptionally fortunate to have a great outpouring of support and love from friends and allies across the country including in the legal department.  In the words of MLK:

"Darkness cannot drive out darkness; only light can do that. Hate cannot drive out hate; only love can do that."

In addition to Adam whom you've already spoken with, I would like to add to our email correspondence a close colleague who has long provided support. Included with this CC is Josh Mackey, an attorney based in New York.  I have been blessed with these volunteers and other supporters may join over time, but in order to ensure everyone remains in the loop please include Adam, Josh and myself in future correspondence.  Whereas each of us have busy schedules with our day jobs, it helps cover things from a time management perspective.

As alluded to by Adam, I have been quite overwhelmed with constant, round-the-clock media inquiries and the damage control following the belated revelations of my "idiot"-branding from the January 2015 filing, adding new fuel to the highly misleading narrative that has drastically defamed not just me but members of my family from here to the West coast, etc.  Thanks for your consideration. I look forward to resolving this situation.

Best regards

Carter

Sent from my iPhone

On Apr 5, 2017, at 8:33 PM, Adam Burke <burke142@gmail.com> wrote:

Dear Kevin:

As a follow up, I wanted to expand on Mr. Page's reasons for addressing the latest controversy directly with the media.

In addition to being maligned by certain media outlets, he has received some thinly veiled death threats including blog post comments (see e.g., attached) and a voicemail message. For this reason, Mr. Page felt compelled to respond. He has addressed the voicemail threat with the agents who advised they were looking into it.

Sincerely yours,

Adam G. Burke, Esq.
Burke, Meis & Associates LLC

625 City Park Avenue

Columbus, Ohio 43215
(614) 280-9122 office
(614) 232-9122 cell
AttorneyAdamBurke.com

Confidentiality Notice: This electronic mail message, together with any attachments herein, contains information of Burke, Meis & Associates LLC that may be confidential and/or legally privileged, and is intended solely for the use of the individual or entity named on this message. If you are not the intended recipient, and have received this message in error, please immediately return this message via e-mail and then delete it from your hard drive completely. If you have any questions about what to do in this situation, please call our office at the number listed above. Thank you for your prompt attention to this matter.

 <2017.04.04 - Wonkett target slide for Adam .pdf>