UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 20-cr-165-JEB |
| ) | |
| KEVIN CLINESMITH, ) | |
| ) | |
| Defendant ) | |

## ORDER

This matter comes to the Court on Dr. Carter Page's Motion for Relief Under the Crime Victims' Rights Act. It is hereby:

ORDERED that Dr. Page's motion is GRANTED; and it is further

ORDERED that the Court finds that Dr. Page is a victim of the offense in this case under the Crime Victim's Rights Act, 18 U.S.C. § 3771, and of 18 U.S.C. § 3663; and it is further

ORDERED that Dr. Page is permitted to be heard at the sentencing and to exercise all other rights afforded to a victim under the Crime Victim's Rights Act; and it is further

ORDERED that Dr. Page's right to restitution will be addressed at the sentencing hearing of this matter.

December __, 2020                           _____
Washington, D.C.                            Judge James E. Boasberg
                                            United States District Judge