AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States <br> *Plaintiff* <br> v. <br> Kevin Clinesmith <br> *Defendant* | ) <br> ) <br> ) Case No. 20-cr-165-JEB <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Carter Page                                                                                                                .

Date: 12/03/2020

/s/ K. Lawson Pedigo
*Attorney's signature*

K. Lawson Pedigo, TX0186
*Printed name and bar number*

Miller, Keffer & Pedigo
3400 Carlisle Street, Suite 550
Dallas, TX  75204
*Address*

klpedigo@mkp-law.net
*E-mail address*

(214) 696-2050
*Telephone number*

(214) 696-2482
*FAX number*