UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:20-cr-165-JEB |
| ) | |
| KEVIN CLINESMITH, ) | |
| ) | |

## NOTICE

In response to the Court's Minute Order of December 17, 2020, Carter W. Page (Dr. Page), by and through counsel, respectfully notifies the Court that he does not oppose the Third Party Motion to File Amicus Brief, filed at Dkt # 28.

It is established that the Court may permit, or even invite, the filing of amicus briefs in criminal cases in appropriate situations.  *See In re Flynn*, 973 F.3d. 74, 81 (D.C. Cir. 2020) (en banc).

In this case, the proposed amici are nationally recognized victims' rights advocacy groups and counsel, who first learned of this case when Dr. Page's Crime Victims' Rights Act ("CVRA") motion [Dkt # 23-2] came to their attention. The Court will benefit from the informed views of these proposed amici on the issue raised in Dr. Page's motion. There is no unfair prejudice to the Government or the Defendant from permitting national victims' rights organizations to offer amici assistance to the Court regarding the application of the CVRA.

Defense counsel opposes the filing of the amicus brief, arguing that it raises a new issue beyond the claim in Dr. Page's motion. That argument is incorrect.

The amicus brief squarely addresses only the issue raised by Dr. Page in his motion – that he is a victim under the CVRA and entitled to the rights therein. The proposed amicus brief does not address any other issue presented to the Court in this criminal (sentencing) matter. Presenting differing or complementary *analysis* to the Court on an issue does *not* constitute "raising a new issue." Indeed, it is precisely the role of amici to present third party perspective and analysis to assist the Court in addressing the issue before it.

Dated: December 21, 2020            Respectfully Submitted,


_____/s/_____
Leslie McAdoo Gordon
D.C. Bar #456781
McAdoo Gordon & Associates, P.C.
1140 19th Street, N.W.
Suite 602
Washington, DC  20036
(202) 293-0534
leslie.mcadoo@mcadoolaw.com


_____/s/_____
K. Lawson Pedigo
Bar ID: TX0186
MILLER KEFFER & PEDIGO PLLC
3400 Carlisle Street, Suite 550
Dallas, Texas 75204
Telephone: (214) 696-2050
klpedigo@mkp-law.net


*Attorneys for Victim Carter Page*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 21, 2020, a copy of the foregoing Notice was served electronically through the ECF on:

Justin Shur
Emily Kathryn Damrau
Megan Cunniff Church
Jordan Rice
MOLOLAMKEN LLP
600 New Hampshire Avenue, NW
Suite 660
Washington, DC 20037
(202) 556-2005
Email: jshur@mololamken.com

Anthony F. Scarpelli
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7707
Fax: (202) 514-8707
Email: anthony.scarpelli@usdoj.gov

Neeraj Patel
Special Assistant United States Attorney
157 Church Street
25th Floor
New Haven, CT 06510
203-821-3700
Email: neeraj.patel@usdoj.gov

James R. Marsh
DDC Bar ID 436448
MARSH LAW FIRM PLLC
31 Hudson Yards, 11th Floor
New York, NY 10001
(212) 372-3030
jamesmarsh@marsh.law

_____/s/_____
Leslie McAdoo Gordon