## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

KEVIN CLINESMITH,

                Defendant.

No. 20 Cr. 165 (JEB)

### <u>MOTION FOR COUNSEL TO APPEAR *PRO HAC VICE*</u>

Pursuant to Local Criminal Rule 44.1(d), I, James R. Marsh, a member in good standing of the bar of the District of Columbia and the bar of this Court, move this Court for the admission *pro hac vice* of Paul G. Cassell as co-counsel for amici National Crime Victims' Law Institute et al. The declaration required under Rule 44.1(d) is attached to this motion.

Dated:   December 22, 2020
          Washington, D.C.

Respectfully submitted,

/s/ James. R. Marlsh
James R. Marsh
MARSH LAW FIRM PLLC
31 Hudson Yards
11th Floor
New York, NY 10001
(212) 372-3030
jamesmarsh@marsh.law

*Attorney for Amici NCVLI et al.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 22, 2020, a true and correct copy of the foregoing document was

served by CM/ECF to all counsel of record registered to the Court's CM/ECF system.


Dated: December 22, 2020                                    /s/ James R. Marsh
                                                           James R. Marsh

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

KEVIN CLINESMITH,

                Defendant.

No. 20 Cr. 165 (JEB)

### DECLARATION OF PAUL G. CASSELL I N SUPPORT OF
### MOTION FOR COUNSEL TO APPEAR *PRO HAC VICE*

I, Paul G. Cassell, hereby request permission to appear *pro hac vice* as counsel on behalf of Amici National Crime Victims' Law Institute et al. In support of that request, I declare as follows pursuant to 28 U.S.C. § 1746:

1.      My full name is Paul G. Cassell.

2.      My office address and telephone number are:

        S.J. Quinney College of Law
        University of Utah
        383 S. University St.
        Salt Lake City, UT 84112
        (801) 585-5202
        cassellp@law.utah.edu

        This address is provided for correspondence and identification purposes and is not intended to imply institutional endorsement for the positions taken in this litigation.

3.      I am admitted to the following bars:

Utah Supreme Court -- May 27, 1992 (bar number: 6078) (active)
United States Supreme Court – July 17, 1992
U.S. Court of Appeals for the 1st Circuit – March 1, 2012 (bar number: 1151714)
U.S. Court of Appeals for the 2nd Circuit – June 24, 2010 (renewed June 9, 2015, through 2020; renewed May 4, 2020 through 2025)
U.S. Court of Appeals for the 3rd Circuit --- November 16, 2012
U.S. Court of Appeals for the 4th Circuit – December 1, 1987
U.S. Court of Appeals for the 5th Circuit – March 24, 2008
U.S. Court of Appeals for the 6th Circuit – November 23, 2011
U.S. Court of Appeals for the 7th Circuit – September 27, 2012
U.S. Court of Appeals for the 8th Circuit – Jan. 26, 2012
U.S. Court of Appeals for the 9th Circuit – May 21, 1998

U.S. Court of Appeals for the 10th Circuit – June 19, 1992
U.S. Court of Appeals for the 11th Circuit – November 25, 2008
U.S. Court of Appeals for the D.C. Circuit – January 22, 1988 (bar number: 38059)
U.S. District Court for the District of Utah – May 27, 1992
Pennsylvania Bar – October 1, 1986 (currently inactive)

4.      I have not been disciplined by any bar.

5.      I have not been admitted *pro hac vice* to practice in this Court in the last five

years.

6.      I do not engage in the practice of law from an office located in the District  of

Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2020
Salt Lake City, UT

Respectfully submitted,

Paul G. Cassell

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

KEVIN CLINESMITH,

                Defendant.

No. 20 Cr. 165 (JEB)

**[PROPOSED] ORDER**

Upon consideration of Amici 's Motion for Counsel to Appear *Pro Hac Vice*, and the

declaration of Paul G. Cassell in support thereof, this Court, on this _____ day of

_____, 2020, hereby

ORDERS that Paul G. Cassell is hereby granted permission to appear *pro hac vice* in this

proceeding as counsel for Defendant Kevin Clinesmith.

 

                                  HON. JAMES E. BOASBERG
                                  United States District Judge