# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 20-CR-165-JEB |
| Kevin Clinesmith | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici National Crime Victim Law Institute et al.

Date:   12/28/2020

/s/ Paul G. Cassell
*Attorney's signature*

Paul G. Cassell (admitted pro hac vice - UT bar 6078)
*Printed name and bar number*
c/o S.J. Quinney College of Law
University of Utah
383 S. University St.
Salt Lake City, UT 84108

*Address*

cassellp@law.utah.edu
*E-mail address*

(801) 585-5202
*Telephone number*

(801) 585-0050
*FAX number*