**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 20 Cr. 165 (JEB) |
| KEVIN CLINESMITH, | **UNOPPOSED MOTION FOR RETURN OF DEFENDANT'S PASSPORT** |
| Defendant. | |

Kevin Clinesmith, by and through undersigned counsel, respectfully moves this Court for an order for the return of his passport, which is in the possession of the Pretrial Services Agency for the District of Columbia ("Pretrial Services"). The Government has been informed of Mr. Clinesmith's request and does not oppose the instant motion.

On August 19, 2020, Mr. Clinesmith made his initial appearance before this Court. He pleaded guilty, Dkt. 8, and was ordered released on his own recognizance with pretrial supervision conditions, Dkt. 10. Pursuant to those conditions, on August 25, 2020, Mr. Clinesmith surrendered his passport to Pretrial Services. Dkt. 41. On January 29, 2021, Mr. Clinesmith was sentenced to 12 months probation. *See* Minute Order Jan. 29, 2021.

Due to Mr. Clinesmith making all appearances and complying with all conditions of his release, *see* Dkt. 41, he now requests that the Court order Pretrial Services to return his passport.

| | |
|---|---|
| Dated: February 4, 2021<br>Washington, D.C. | Respectfully submitted,<br><br> /s/ Justin V. Shur<br>Justin V. Shur<br>Emily K. Damrau<br>MOLOLAMKEN LLP<br>600 New Hampshire Avenue, N.W.<br>Washington, D.C.  20037<br>Telephone: (202) 556-2000<br>Facsimile:  (202) 556-2001<br><br>Megan Cunniff Church<br>Jordan A. Rice<br>MOLOLAMKEN LLP<br>300 N. LaSalle Street, Suite 5350<br>Chicago, IL  60654<br>Telephone:  (312) 450-6700<br>Facsimile: (312) 450-6701<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2021, I transmitted an electronic copy of the foregoing with the Clerk of the Court for the U.S. District Court for the District of Columbia using the CM/ECF system. All participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Justin V. Shur